so characterized) and hence earned over the course of the full previous year. We should not, however, adopt a *per se* rule treating all bonuses that way under the Worker's Compensation Act. It is entirely possible that a "bonus" may be paid in some circumstances that is a one-time payment that should not be prorated over a full year's period. A *per se* rule is, on that basis, inherently unfair and may unlawfully punish workers in many cases.

CAPPY, J., joins this concurring opinion.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Diane HALLOWELL–SERI, Appellant.**

Supreme Court of Pennsylvania.

Argued April 7, 1994.

Decided July 27, 1994.

Sara Webster, Doylestown, for D.S. Hallowell.

William E. Moore, Stephen B. Harris, Doylestown, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.